```
                                                    CLERK'S OFFICE U.S. DIST COURT
                                                         AT ROANOKE, VA
                                                              FILED
                                                         JAN 19 2006
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA        JOHN F CORCORAN, CLERK
                  ROANOKE DIVISION                  BY
                                                         DEPUTY CLERK
```

MONTE CLAY MOSLEY,            )
                              )
            Petitioner,       )       Case No. 7:06CV00046
                              )
v.                            )       FINAL ORDER
                              )
UNITED STATES OF AMERICA,     )       By: Norman K. Moon
                              )       United States District Judge
            Respondent.       )

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED,** and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This ____ day of January, 2006.

                              _____
                              United States District Judge