CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
JAN 19 2006
JOHN F CORCORAN, CLERK
BY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MONTE CLAY MOSLEY, ) | |
| ) | |
| Petitioner, ) | Case No. 7:06CV00046 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Norman K. Moon |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 19th day of January, 2006.

*/s/ Norman K. Moon*
United States District Judge